UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY COUNCIL
OF CARPERS PENSION FUND, et al.,
                        Petitioners,

            -against-

GSE CONCRETE TOV,
                        Respondent.
-----------------------------------------------------------X

19 civ 7453 (JGK)

**ORDER**

The petitioners filed a petition to confirm an arbitration award with the Court. The time for the respondent to respond to the petition has passed. The deadline for the respondent to respond is now **January 10, 2020.** If the respondent does not respond by January 10, 2020, the Court will decide the petition on the current papers.

Counsel for the petitions shall serve a copy of this order immediately upon receipt, and shall file proof of service by **December 23, 2019.**

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 16, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-17-19