**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                          Plaintiff,                        19 **CIVIL** 7453 (JGK)

                    -against-                                  **JUDGMENT**

GSR CONRETE TOV, LLC,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 12, 2020, the petition to confirm the arbitration award is granted in the amount of $3,813.90, plus interest from the date of the arbitration award, accrued at an annual rate of 7.5%, in the amount of $202.19. Judgment is also entered in favor of the petitioners and against the respondent in the amount of $1,207.00 in attorney's fees and $75.00 in costs. Post-judgment interest on the entire amount of the judgment will accrue from the date of this judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
         March 13, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**